UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM J THOMPSON,

Petitioner,

v. Case No. 3:23cv17397-LC-HTC

RICKY D. DIXON,

Respondent.

_____________________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on August 9, 2023 (ECF No. 4), recommending dismissal due to Plaintiff's failure to prosecute, failure to comply with Court orders and failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to state a claim.

3. The clerk shall close the file.

**DONE AND ORDERED** this 13th day of September, 2023.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**